# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

FILED JAN 24 '18 PM 1:44 USDC/SDALS

_Nicholas Andre Haslcomb_
Name under which you were convicted

_280 588 / 249168_
Your prison number

vs.

CIVIL ACTION NO. _1:18-CV-0030-KD-N_
(To be supplied by Clerk of Court)

_Sam Cochran, Trey Oliver, Naph Care Health Services_
Name of Defendant(s)

_Mobile Co. Metro Jail   510 Canal St. P.O. box 104 Mobile, AL 36601_
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

      If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

      If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

      Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

## I. **PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
      Yes ( )    No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
      Yes ( )    No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

      1. Parties to this previous lawsuit:

Plaintiffs: _____ N/A _____

_____ N/A _____

Defendants: _____ N/A _____

_____ N/A _____

2. Court (if federal court, name the district; if state court, name the county): ___ N/A ___

3. Docket Number: _____ N/A _____

4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( )   No ( )

5. Name of judge to whom the case was assigned: _____ N/A _____

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____ N/A _____

_____

_____

7. Approximate date of filing lawsuit: _____ N/A _____

8. Approximate date of ruling by court: _____ N/A _____

3

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: _Mobile Co. Metro Jail_

B. Date it occurred: _6-28-17 / 8-5-17 / 8-6-17/_

C. Is there a prisoner grievance procedure in this institution? _Yes_

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ✓ )    No ( )

E. If your answer is YES:

   1. What steps did you take? _Filed grievances to both Jail and healthcare_

   2. What was the result? _rejected and No resolution_

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

_On 6-25-17 I was booked in to Mobile Co. Metro Jail on Numerous Felony Charges. I was then placed in 405 for 72 hrs. I was seen by daket Nurse during booking and intake in fine Condition no pre-exsisting physical medical issues period. This was on 6-25-17 I would like to Show the Courts that my Constitutional Rights were purposefully Violated 8th Amendment of Cruel and unusal punishment for Numerous ways on 6-28-17 I was placed in 1005-k wedge on a top Rack (bunk) in wich is no secure_

4

_See Additional 5 Pages of Stated Claim Titled Claim._

### III. PARTIES.

A. Plaintiff (Your name/AIS): Nicholas Andre Haslomb

Your present address: M. C. M. J. 510 Canal St. P.O. box 104
Mobile, AL 36601

B. Defendant(s):

1. Defendant (full name Sam Cochron employed as Sherriff at Mobile Co Metro Jail

His/her present address is Mobile Co. Metro Jail 510 Canal St. P.O.box 104, Mobile, AL 36601

(a) Claim against this defendant: Cruel; unusal Punishment Unsafe/unsanitary living Conditions Exposed to human waste Inadequte health care

(b) Supporting facts (Include date/location of incident):

SEE attached documents for Defendant #1
Supporting facts.

2. Defendant (full name) Trey Oliver ___ is employed as Deputy warden

at Mobile Co. metro Jail

His/her present address is Mobile Co. Metro Jail 510 Canal St, P.O.box 104 mobile, AL 36601

(a) Claim against this defendant: Cruel; unusal Punishment Unsafe/unsanitary living conditions; exposed to Human waste. inadequte Health care

(b) Supporting facts (Include date/location of incident):

see Attached documents for defendant #2
supporting facts.

3. Defendant (full name Napa Care Health Servc is employed as Medical provider

at Mobile Co. metro Jail

His/her present address is M. C. M. J. 510 Canal St. P.O.box 104 Mobile, AL 36601

5

(a) Claim against this defendant: _Cruel; unusal punishment,_
_Inadequate Health Care_

(b) Supporting facts (Include date/location of incident):

_See attached documents Labled_
_Defendant #3 For supporting_
_facts._

C. __Additional Defendants__: (If there are additional defendants, you may list them on separate page using the same outline above).

IV. A.  You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: _Robbery 1st (2 counts)_
_Shooting into a occupied dwelling_

2. When were you convicted? _Not Convicted Yet_

3. What is the term of your sentence? _None at moment_

4. When did you start serving this sentence? _June 25, 2017_

5. Do you have any other convictions which form the basis of a future sentence?
    Yes ( )      No (✓)

If so, complete the following:

(a) Date of conviction: _____N/A_____

(b) Term of sentence: _____N/A_____

6. What is your expected end of sentence (E.O.S.) date? _____N/A_____

B.  If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✗) | yes( ) no(✗) |
| Expunged | yes( ) no(✗) | yes( ) no(✗) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |

6

Writ of habeas  yes( ) no( )          yes( ) no(✗)
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your
conviction or sentence and the date: _____ N/A _____

_____

**V.** State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument,
cite no cases or statutes):

Fix all issues Stated in Claim, Monetary relief of
5 million dollars Criminal Charges Filled.

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the
facts set out in this complaint are true and correct.

1-19-18
Date

_Nicholas J Neelmoult_
(Signature of Plaintiff Under Penalty of Perjury)

_Mobile Co. Metro Jail_
Current Mailing Address

_P.O. box 104, Mobile, AL 3601_

_____
Telephone Number

<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN
HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE
COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR
FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.</u>

PG. 1     (Claim)

Way up and down the bunks period No steps, Ladders etc. I fell off my rack and landed on my leg. I alerted staff for over 48 hrs. in wich ignored my complaints until I became beligerent with Corrections officers. On 6-30-17 I was took to Mobile Infirmary where I was refused proper Medical attention. My Left leg was severly swollen, inflamed to the point of Fevers and substantial pains. I was then transported back to the Mobile Co. Metro. Where I was deemed Capable to return to 1005 K wedge. 36 hrs later on 7-2-17 I was rushed to the Clinic of Mobile Co. Metro where I was literaly dying due to a bacterial infection of Cellulitas was going septic and going into my blood stream. I was admitted promptly on 7-2-17 for 9 days at Mobile Infirmary where I had 3 surgery's On 7-11-17 I was returned to mobile Co. Metro Jail where I was re-housed to 902-A-108 cell. I was placed in a unsanitary living condition where 3 other offenders were housed 2 of wich were both also sleeping on the Floor where I took up residing. No mattress was provided For over 36 hrs. The toilet was a constant leak and black mold growing around Fixtures of the toilet and walls. And as of 12-12-17 where I was re-housed still has black Mold growing in the Shower so bad it reeks of Mold and stagnant water. The six tables we eat off of are incrusted with rust and black mold.

PG 2

(Claim)

No emergency intercoms are in the cells nor light
switches in wich to dim lights, people 4 and 5 to a
2 man cell being placed on a waiting list to
recieve a mattress In wich I have endured twice
sleeping on the Floor with out a portable bunk at
all. In wich at present time in 905-D-wedge
cell 104 My plumbing leaks, There is black mold growing
in the shower, No Emergency intercoms all 6 tables
we eat from are covered in Rust, Correctional officers
and medical have been notified numerous times
on 12-24-17 was also a grievance Filed to medical
in wich was rejected and said was a correctional
issue and wich a grievance was filed to
corrections on 12-26-17 wich was said for us to clean
up our area and it was rejected as well. As
being said of the living area goes to say I have
a bottom tier, bottom rack profile in wich due to
the unsanitary living conditions I was forced to move
to a top tier cell. On or around 7-16-17 — 7-18-17
I was rehospitalized for 5 days to with draw
more bacterial Fluid from My leg. Upon return to
mobile co. metro I moved up stairs to cell 104
where on July 24 26-17 officer Toppings proceeded
to trap my arm in my cell door almost breaking
it while trying to alert him I was sick and needed
to go to the clinic let camera footage reveal this
incident. After about 60-70 seconds and him laughing
he re-opens the door to Free my arm. where he did

PG 3

( Claim )

On 8-5-17 I was in a altercation with another offender in 902-A wedge. I was taken to 902-A rotunda and after being placed in Hand cuffs and unable to roll myself to ad-seg was told by Seargent A. Durgan to roll myself to ad-seg in wich by policy I was to be taken to the clinic to be inspected in wich I was refused and denied by Seargent Durgan. I told him and alerted him that my leg was wounded prior to this escort. As I was rolling myself I felt my leg re-open I was finished being escorted by Correctional Officer Cleveland. wich before his order Seargent Durgan during escort said "Its not his job to push me and aint shit wrong with your leg white boy" Upon arrival to 1002 area I was placed in 1002-F wedge with out a mattress and bleeding out with my inkison line from surgery re-opened 6inchs in length and 3inches in width. I was placed in a top tier cell, After 8 hrs of slowly bleeding, Officer Marino Was doing his rounds and was the only one to take me to the clinic in wich I had alerted C.O. Cleveland, Corpral Icing both I was bleeding out. I was transported to Mobie Infirmary where no treatment was given. Upon return to Mobile Co. Metro on 8/6/17 at around 1:00 Am I was escorted by Lieutenat Wilcox and Seargent kennington escorted me back to 1002 wich I was re-housed to 1002-D-105b with offender (witness) Jeffery B. Brooks. Let camera reveal

PG 4

(Claim)

Corpral King alerted both Seargent Kennington and Lieutenant Wilcox both they could not place me into that cell with my open wound and it was not sanitary. Knowingly, willingly both parties agreed to still place me in the cell! The cell prior to my or MR. Brookes arrival was not decontaminated and sanitized period from a cell extraction. The cell was covered in fecal matter and urine all over the floor, wall, bunks. The tiolet was also over flowed with feces and urine. I was also to be put on a top bunk do to 1) mr brooks was on the bottom bunk 2) could not sleep on floor due to human excrements on the floor. Wich again both parties knew and was full aware. Seargent Kennington stated " he will be o.k. put him in there." Lieutenant Wilcox was in agreements and stated "its lockdown put him in the cell." By Metro Policy Inmate Work Services are to clean and decontaminate the cell or a Floor/pod officer. After this malicaus act I got sicker. ON 8-22-17 I was re hospitalized in wich I was contracted MRSA from the cell incident and was hospitalized for 10 days and had 2 more surgerys. And Advised That this could be a life long problem with my leg and I could still have to have it amputated. Let all medical records from Mobile Infirmary and Providence Hospital for the 4th and 5th surgerys reflect on my Evidence of this merrit as well. Upon returning from the hospital

PG 5.

(Claim)

Upon arrival back to the Mobile Co. Metro I was doctor ordered to have a antibiotic treatment For 5 days. Due to defendant Dopkie messing up my Interveinal line being pulled loose and could not Flush it properly Conspired with Defendant Smith (both NAPH Care health services Employees) to say I refused my treatments and had me taken to Dr. Mark proffitts office and had the line taken out and my treatments pre maturely stopped. I've been denied medical attention for over 60 days as of 1-4-18 after alerting defendant Neal Numerous times Numerous grievances Have been Filed (see attached Grievance dates and all were rejected. I was even told To recieve medical Care to speak thru a attorney on 12-22-17 grievance. All my grievances have been Rejected. I've been told quote "to get a court order" to recive a copy of them I've been threatend by defendant kennington grievance filed on 9-23-17 which was told "being looked into" and rejected. I've been threatened and harrassed by C.O. Cleveland on numerous occasions over this grievances filed on dates: 9-20-17 / 9-21-17 / 10-27-17 / 11-11-17 / 12-22-17 all rejected. In all my Grievance procedures To Mobile Co. Metro Jail and to Naph Care I have asked for resolution. None offered and have been rejected. Let my grievances and Cameras on dates of filling reflect my words be true. See attached Grievance dates, Nature and response

Defendant # 1 Supporting Facts:

Defendant Sam Cochran was sent numerous grievances via mobile Cx. Metro Jail inmate kiosk under grievances and general Inquires on dates 7-14-17/ 7-27-17/ 9-20-17/ 9-21-17/ 9-23-17/ 10-27-17/ 11-11-17 11-23-17/ 12-26-17/ for inadequate health care, assaults by correctional officer Topping, Malicous and neglegent acts causing bodily harm due to officer A. Durgan and officer Cleveland, Being exposed to human waste and excrements for over 48 hrs being placed in a biohazardous situation willingly and having full knowledge of the condition of the Cell 1056 D - 1002 D wedge on 8-6-17 by Corrections officer Seargent Kennington and Lieutnant Wilcox, Harrassments and Threats for filling grievances by Seargent Kennington and C.O. Cleveland, Being exposed to unsanitary living conditions of asbestos, black mold in shower, black mold and rust on tables we consume our meals on, over crowding of cells, sleeping on floor without mattressis for up to 72 hrs, No emergency interams in rooms to alert staff of a Emergency situation sleeping on floor, No secure way to enter or exit a top bunk. No resolution offered and was asked for and for numerous times, Grievances were rejected and no way to appeal them. Also defendant has told plantiff in Email response to quote "Get a court order to get grievance copys." plantiff was exposed to conditions to over 120 days in 902-A wedge (medical housing) let Camera footage and Grievance (NH) show merrit to be true. As well as Civil Rights complaint form Filed with united States District Attorneys office.

Defendant #2 Supporting Facts:

Defendant Sam Cochran was sent Numerous grievances via
Mobile Co. Metrojail inmate kiosk order grievances and general
inquires on dates 7-14-17/7-28-17/9-20-17/9-21-17/9-23-17/
10-27-17/11-11-17/12-26-17 for inadequate health care, assaults by
correctional officer Toppins Malisious and Neglegent acts casing bodily
harm Due to A. Dugan (C.O.) and Cleveland (C.O.) Being exposed to
human waste and excrements for over 48 hrs being placed in a bio-
hazordus situation willingly and having full knowledge of the condition
of the Cell 1086-D 1002-D wedge on 8-6-17 by corrections officer
Seargent kennington and Lieutenant Wilcox. Harassments and
threats for filling grievances by officer kennington and officer
Cleveland, Being exposed to unsanitary living conditions of asbestos,
black mold in the shower black mold and rust on the tables we
consume our meals on, over crowding of cells, sleeping on the floor
with out a mattress for up to 72 hrs, No emergency intercoms in the
cells of medical housing unit, No secure way to enter or exit a
top rack period. No resolution offered and was ask for Numerous
times. Grievances were Rejected and no way to appeal them also
Defendant has told plantiff in email response to quote: "get a court
order to get copys of grievances." plantiff was exposed to conditions
in 902-A wedge (medical) for over 120 days let camera footage and
grievances show claim to be true. As well as Civil Right
Complaint form filed with United States District Attorneys
office

Defendant #3 supporting Facts:

Defendant Naph Care health services: Et, Mrs. Neal
(Head Nurse) Ms. Dophie (RN) Mrs. Smith (NP) Has Not giving proper
medical attention to the plantiff for over 60 days please let grievance
dates of   9-3-17 / 9-15-17) 9-16-17 / 9-19-17 / 9-20-17 / 9-22-17 /9-25-17
9-29-17 / 9-30-17 / 10-2-17 / 10-8-17 / 10-10-17 / 10-12-17 / 10-17-17
10-20-17 / 12-23-17 / 12-24-17 / 12-27-17 /. Plantiff has been refused
medical attention on over 9 times of request for emergency medical
request told to get a lawyer to communicate for me to get health
services. on 1-7-18 I was finaly took to Clinic doctor James
Coleman wich told me my injury would be more than likely like long
issues of swelling and constant pain do to the injury recieved
here in mobile co. metro jail Denial of 2 pain prescriptions I
was gave, refusal of a anti-biotic treatment of doctors orders
told I was refusing thum due to a nurse error and pulling my
I.V. line out and not able to re set it and I was taken of my
anti biotics, refusing me my scheduled follow up visits with specialist,
refusing to do anything about the living situations in the medical
housing unit wich are Black mold, Massive film buid up in the shower
to the point of Dangerous entry/exit, No Emergency Inter coms in the cells,
exposed to human waste for over 48 hrs Black mold and Rust on our
Tables we con sume food from, over crowding, no mattress for periods of
up to 72 Plus hrs. Sleeping on the Floor with no mattress, please
let all supporting evidence of Cameras and Grievances show merit
And Civil Rights Complaint Form filed With U.S. D.A. office

Defendant # 4 Lieutenant Wilcox  employeed at Mobile Co. Metro Jail  Current address: 510 Canal St. Mobile, Al 36601    Supporting Claims Facts against defendant: Defendant wilcox showed deliberate in difference to a serious medical condition, The defendant knew and ignored the excessive risk of harm and failed to take the reasonable steps to eliminate the risk. Due to the serious need and plantiffs medical condition with a open wound resulted in a further significant injury and unnecessary and unjustifiable infliction of pain, By placing Plantiff Haulcomb in un safe unsanitary living conditions exposing plantiff to human waste and a filthy cell with offender Jeffery Benard Brooks after being given full Notice, warning and Due process on 8-6-17 after being told by Corporal King She could not place plantiff Haulcomb in the cell due to his wound and the cell being covered in human excrements still insisted in placing plantiff Haulcomb in the cell with malicous intent stating to Corporal King quote: "I don't care its lock down time put him in the cell." Ignoring the fact of potential and severe affects and conditions did occur due to her actions resulting in plantiff being hospitalized on 8-22-17 for 2 surgerys due to MRSA contracted at Mobile Co. Metro Jail. plantiff was hospitalized for 10 days and had calf muscle scraped and repaired and is still enduring pain, swelling and nerve damage, loss of feeling in left leg, due to Neglegence and malice act of defendant Wilcox. Let camera footage and grievance on defendant also sever as evidence. Grievance Date: 9-20-17 / 9-21-17 and 9-23-17.
    Also Civil Rights Complaint form to United States District Attorneys office

Defendant # 5    PG 1

Defendant # 5 seargent Kennington employeed at Mobile
Co. Metro Jail . 510 Canal St. Mobile, AL 36601.
   Supporting facts and Claims against defendant:
   Defendant Kennington showed deliberate indifference to a
serious medical condition. The defendant knew and ignored
~~the excessive risk of harm and failed to take the reasonable~~
~~steps to eliminate risk~~. Due to the serious need and plantiffs
medical condition with a open wound resulted in a further
significant injury and unnecessary and unjustifiable
infliction of pain by placing plantiff Houlcomb in unsafe, un-
sanitary living conditions exposing plantiff to Human waste
and a filthy cell with offender Jeffery Benard Brooks after
giving full notice, warning and due process on 8-6-17 after
being told by Corporal King defendant could not place me in
the cell due to his wound and the cell being covered in human
excrements still insisted in placing plantiff Houlcomb in the cell with
malicous intent stating to corporal king quote: He will be ok its
fine put him in the cell." Ignoring the fact of potential and severe
affects and conditions did occur due to his actions resulting in
plantiff being hospitalized for 10 days on 8-22-17 for 2 more
surgerys due to MRSA contracted at Mobile Co. metro Jail where
plantiffs calf muscle was scraped and repaired and is still enduring
pain, swelling, loss of feeling in left leg, nerve damage. Also let
camera data ~~xxxx~~ (N/A) and grievance reveal these and following
statements as true. grievance Dates 9-20-17 / 9-21-17 / 9-23-17 also
on 9-21-17 at 9:00 p.m. Seargent Kennington literaly ran
up the stairs to cell 106 902-A where plantiff Houlcomb
Temporarly resided. Had Cell door opened and proceeds in

Defendant #5   Supporting Claims   pg 2

to come into cell in a threatning manner let camera
reveal this incident Camera data on (9-21-17 at 9:00
pm) and pulls out a copy of a grievance I filed on
the incident here at hand of the cell. Having at the
bottom part of the grievance circled where I gave
notice of me filling a suit and screams at me quote:
" your gona do what to me?" "your blaming me for
what?" "We will see about this shit." I told defendant
to exit my cell and I felt threatend and he procedded
to scream where I became In Fear for my saftey and
told him If he did not leave my cell there would be
repercussions with legal actions. On numerous occasions
Defendant has continued harassment and threats. Also
see Grievance Dates to add proof of statements as well
as plantiff has went as far as writting United States
Attorneys office with a Civil Rights Complaint Form
on All defendants as well as Laurie Opharrel at
Mobile Co. Sheriffs office Internal affairs wich did
not do nothing of a investigation period wich any
complaint to Mrs. opharrel is her job to investigate.

PG 1

Defendant # 6   Seargent A. Durgan   employeed at
Mobile Co. Metro Jail   510 Canal St Mobile, AL 36601
Supporting Claims Facts against Defendant:

Defendant Durgan showed deliberate indifference to a
serious medical condition, The defendant knew and ignored
The excessive risk of harm and failed to take reasonable steps
to Eliminate the risk. Due to the serious Need and plantiffs
medical condition with a Fresh surgical incision resulted in
a further Signaficent injury and unnessasry and unjustifiable
infliction of pain By forcing plantiff Hawlcomb to use his
wounded leg to roll My self about 40-45 yards with being in
hand cuffs unable to assist myself with my belongings in
a sack in my lap causing my surgical incison to re-open 6inches
in length and 3inches in width and 2inches in depth. On 8-5-17
902-A wedge plantiff Hawlcomb was in a alter-cation with another
offender. Upon Seargent Durgan's arival to the call The altercation
had been over with for 10 minutes or so. Defendant Durgan ordered
me into the 902 Rotunda. I was told to go into the main hall of
the 400-600-900 area of Mobile co. Metro jail By defendants order
I submitted to orders as directed with out rebuttle or rebate.
I was hand cuffed unable to roll my wheel chair. I alerted Defendant
Durgan of my wound, And was told quote: "Take your ass to 100" 
by defendant; In wich I asked Seargent Durgan to either push me
or please uncuff me to assist myself in my transport to ad-seg.
Defendant Then stated quote: " It's not my job to push you you ain't shit
wrong with your leg white boy." In so in route I felt my leg reopen
at my surgical line. Seargent Durgan only went to not only Not
follow protical over mobile co. metro policy of taking a detainee

#6 Defendants   Supporting Facts pg#2

to the clinic to have a physical evaluation of the detainee
to ensure no medical issues occured with a detainee but also
Ignored the facts of potential and severe affects and
conditions of Neglegent, malicous, racially prolific actions caused
plantiff Haulcomb to be hospoliced for 10 days, Causing of
a potential life threatning bacteria disease (MRSA) 2
surgerys. wich plantiff Haulcomb's calf muscle was scraped,
repaired and is still enduring pain, swelling and nerve
damage, loss of feeling in left leg. Defendant Durgan also
gave Defendant Cleveland orders to finish transport to 1007
and also to escort me to a top teir cell in 1002 F wedge
with a on medically housed offender. Please let camera
footage and grievance on defendant also serve as evidence
see grievance Date: 920-17 / 9-21-17/ 9-23-17 and also
plantiff filed civil rights complaint form to United States
District Attorneys office.

Nicholas Haulcomb
Mobile Co. Metro Jail 905-D-107
P.O. Box 104
Mobile, AL 36601

INMATE IN MOBILE CO. JAIL

MOBILE P&DC 366
WED 24 JAN 2018 AM

United States District Court
Southern District of Alabama
ATT: Court Clerk
113 St. Joesph St.
Mobile, AL 36602

(L-E-G-A-L)
MAIL
1-19-18
2/2