IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS ANDRE HAULCOMB, #280588/249168, Plaintiff, | : : : : | |
| vs. | : : | CIVIL ACTION 1:18-0030-KD-N |
| SAM COCHRAN, *et al.*, Defendants. | : : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 22, 2018, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Plaintiff's motion for temporary restraining (Doc. 30) is **DENIED.**

**DONE** and **ORDERED** this the **11th** day of **September 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**