IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS HAULCOMB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-00030-KD-N |
| | ) |
| SAM COCHRAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

This action is before the Court on Plaintiff Nicholas Haulcomb's Motion for Voluntary Dismissal of Claims Without Prejudice Pursuant to Rule 41(a)(2) (doc. 81), wherein Plaintiff seeks voluntary dismiss without prejudice. Review of the motion indicates that counsel and Plaintiff have not discussed dismissal. Specifically, counsel states that he "has been completely unable to communicate with his client" since his client was "transferred into the prison system" (doc. 81, p. 1). Counsel also states that he contacted the facility where his client is incarcerated and was told the requirements and procedures for meeting with his client, but the "requirements are making it virtually impossible for Counsel to maintain communications with the Plaintiff[.]" (*Id.*, p. 2).

With respect to communication with the client, the Alabama Rules of Professional Conduct state that a "lawyer shall keep a client reasonably informed about the status of a matter and promptly comply with reasonable requests for information." Ala. Rules of Prof. Conduct 1.4(a). The Rules further require that a "lawyer shall explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation." Ala. Rules of Prof. Conduct 1.4(b).

Rule 41(a)(2) applies in this procedural posture. *See* Fed. R. Civ. P. 41(a). The Rule allows a plaintiff to request voluntarily dismissal of an action "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Since the Motion indicates that Counsel may not have discussed dismissal of this action with the Plaintiff, there are no terms of dismissal that the court considers proper. Accordingly, Plaintiff's Motion for Voluntary Dismissal (doc. 81) is **DENIED**.

The **Clerk is directed** to mail a copy of this Order to

Nicholas Haulcomb
AIS 00249168
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, Alabama 36057

**DONE** and **ORDERED** this 6th day of February 2019.

                                         s / Kristi K DuBose
                                         **KRISTI K. DuBOSE**
                                         **CHIEF UNITED STATES DISTRICT JUDGE**