IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS HAULCOMB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-00030-KD-N |
| | ) |
| SAM COCHRAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

This action is before the Court on Plaintiff Nicholas Haulcomb's Amended Complaint Pursuant to Court Order or in the alternative Motion to Clarify Court's Order,[1] Defendants' Joint Motion to Dismiss Amended Complaint, and Defendants' Joint Motion to Stay All Proceedings Pending Resolution of Their Joint Motion to Dismiss Plaintiff's Amended Complaint (docs. 74, 78, 79).

Previously, Plaintiff was ordered to file an Amended Complaint which complied with this Court's order (doc. 73). The Court denied leave to amend as follows:

a) Claims on behalf of other detainees and the factual allegations related to those claims;
b) Claims against Sergeant Woodard, Sergeant Rowe, Corrections Officer Burrell, Corrections Officer Greene, and Nurse Gale Smith, and the factual allegations related to those claims;
c) Claims of violations of the First, Fourth, Fifth, Eighth and Ninth Amendments;
d) Count II alleging an Equal Protection claim under the Fourteenth Amendment;
e) Count IV alleging a claim for spoliation of evidence.

However, Plaintiff included these claims and defendants in the Amended Complaint (doc.

---

[1] Plaintiff's first motion to amend his complaint was granted (doc. 12). However, he was not ordered to file an amended complaint.

74) Therefore, the amended complaint does not comply with the Court's Order.

The Court also brought to Plaintiff's counsel's attention the inappropriateness of shotgun pleading (doc. 73, p. 7). However, the amended complaint is again a shotgun pleading, and therefore, does not comply with the Court's order.

For the reasons set forth above, the Amended Complaint (doc. 74) is **STRICKEN** and the alternative Motion to Clarify is **MOOT**. However, Plaintiff is **GRANTED one more opportunity** to file, on or before **March 7, 2019**, an amended complaint that complies with this Court's order.

Accordingly, Defendants' Joint Motion to Dismiss the Amended Complaint (doc. 78) and Joint Motion to Stay (doc. 79) are **MOOT.**

The **Clerk is directed** to mail a copy of this Order to

Nicholas Haulcomb
AIS 00249168
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, Alabama 36057

**DONE** and **ORDERED** this 6th day of February 2019.

        s / Kristi K DuBose
        **KRISTI K. DuBOSE**
        **CHIEF UNITED STATES DISTRICT JUDGE**