**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **NICHOLAS ANDRE HAULCOMB,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-00030-KD-N |
| | ) |
| **SAM COCHRAN, *et al*.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED and DECREED that this action is DISMISSED without prejudice for failure to comply with the orders of this Court.

**DONE** and **ORDERED** this 5th day of April 2019.

                                  s / Kristi K DuBose
                                  **KRISTI K. DuBOSE**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**